**Order entered February 10, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00130-CV

## IN RE TRACY NIXON, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-00-14691**

## ORDER
Before Justices Bridges, Osborne, and Reichek

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE